FARMERS' LOAN & TRUST CO. v. NEW YORK & N. RY. CO. et al. (Supreme Court, Appellate Division, Second Department. October 18, 1901.) Action by the Farmers' Loan & Trust Company, as trustee, against the New York & Northern Railway Company and others and Artemas H. Holmes.

PER CURIAM. We think that the application for restitution in this case should be made to the court of appeals. See Murray v. Berdell, 98 N. Y. 480. Application denied, without prejudice to such motion.

FEKUS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by Stanislaus Fekus against the Metropolitan Street Railway Company. H. A. Robinson (G. Glenn Worden, of counsel), for appellant. E. Rosenthal, for respondent. No opinion. Judgment affirmed, with costs.